UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-00492-DFM | Date: | August 10, 2026 |
| Title | Patricia Carlin et al v. Dan Fleyshman et al | | |

| | |
|---|---|
| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |
| **Proceedings:** | **(IN CHAMBERS) Order to Show Cause** |

On June 2, 2026, the Clerk entered default against Defendants Dan Fleyshman; Blacksite Ranch LLC; Cards and Coffee, Inc.; Elevator Studio, LLC; More Franchises, LLC; Wyld Jungle LLC; and WYLD Products, LLC, pursuant to Federal Rule of Civil Procedure 55(a). See Dkt. 66. Plaintiff has taken no action since then.

Plaintiff is **ORDERED TO SHOW CAUSE** in writing within fourteen (14) days why this action should not be dismissed for lack of prosecution. Filing a motion for entry of default judgment pursuant to Federal Rule of Civil Procedure 55(b) will constitute a satisfactory response to this Order. Plaintiff's motion for default judgment must follow the requirements set forth in Federal Rules of Civil Procedure 54(c) and 55, as well as Local Rule 55.