JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| PATRICIA CARLIN et al.,<br>Plaintiffs,<br>v.<br>DAN FLEYSHMAN et al.,<br>Defendants. | Case No. 8:26-cv-00492-DFM<br>JUDGMENT |

Pursuant to the Court's Order Granting in Part Plaintiffs' Motions for Default Judgment and Federal Rule of Civil Procedure 55(b)(2), IT IS HEREBY ORDERED that Judgment be entered as follows:

1. Against Blacksite and Fleyshman, jointly and severally. Judgment is entered in favor of Plaintiffs Patricia Carlin and David Carlin, jointly, and against Defendants Blacksite Ranch LLC and Dan Fleyshman, jointly and severally, in the amount of $843,069.31, which consists of:

a. Damages of $700,000.00; and

b. Prejudgment interest of $143,069.31 through October 29, 2026.

2. Against Blacksite alone. Judgment is further entered in favor of Plaintiffs and against Defendant Blacksite Ranch LLC alone in the amount of $44,631.19, which consists of:

a. Additional prejudgment interest of $23,695.89 through October 29, 2026; and

b. Attorney's fees under Local Rule 55-3 of $20,935.30.

3. Single satisfaction. Plaintiffs may recover the amount in paragraph 1 only once. Any amount collected from either Defendant on paragraph 1 shall be credited against both Defendants' liability.

4. Costs. Plaintiffs shall recover their costs as taxed by the Clerk.

5. Post-judgment interest. Post-judgment interest shall accrue under 28 U.S.C. § 1961.

6. Remaining claims against Blacksite Ranch LLC. Claim Two is DISMISSED as moot. Claims Five, Seventeen, and Nineteen are DISMISSED without prejudice.

7. Remaining claims against Dan Fleyshman. Claims Ten, Twelve, Thirteen, Fifteen, Sixteen, Seventeen, Eighteen, and Nineteen are DISMISSED without prejudice.

8. Other defendants. All other defendants have been dismissed.

Date: October 30, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge